1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. PEOPLES, JR., | No. 2:17-cv-0279 AC P |
| Petitioner, | |
| v. | ORDER |
| SPEARMAN, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

    The application attacks a conviction issued by the Los Angeles County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

    1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

////

////

////

2. This matter is transferred to the United States District Court for the Central District of California.

DATED: February 14, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2