UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GARY D. PEOPLES,

     Petitioner,

         v.

SPEARMAN,

     Respondent.

NO. CV 17-1289-SVW (AGR)

JUDGMENT

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: March 16, 2017

_____
STEPHEN V. WILSON
United States District Judge